**Order entered January 14, 2013**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00607-CV

## CHAO-TSU LEE, ET AL., Appellants

## V.

## FANNIE MAE, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07466-A**

## ORDER

On November 6, 2013, Appellants filed a Motion for Extension of Time to File Appellants' Brief and a brief. By letter dated November 12, 2013, we informed Appellee that we construed Appellants' motion as a motion for an extension of time to file both their notice of appeal and an amended reply brief and allowed Appellee ten days to object. By letter dated November 22, 2013, Appellee stated that it did not object to the Court "treating Appellants' motion as an extension of time for both the brief and the appeal." Accordingly, on December 18, 2013, we granted Appellants' motion for extension of time to file their notice of appeal and deemed it timely filed on April 30, 2013. We now **GRANT** Appellants' motion for extension of time to file an amended reply brief and deem such brief timely filed on November 6, 2013.

In its letter dated November 22, 2013, however, Appellee did object to the "Appellants continuing to file 'motions' and 'briefs' subsequent to the Court's November 12, 2013 correspondence." On November 13, 2013, Appellants filed a motion for extension of time to file Appellants' brief. In light of Appellee's objection and the Court's allowance for the filing of an amended reply brief, the Court declines to allow any additional briefing absent extraordinary circumstances and **DENIES** Appellants' motion.

/s/    DAVID EVANS
        JUSTICE